HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HAROLD GLEN BROWN,

        Plaintiff,

    v.

JOSEPH LEHMAN,

        Defendant.

Case No. C06-5073 RBL

ORDER

    THIS MATTER comes on before the above-entitled Court upon Plaintiff's "Appeal" of Order to Amend [Dkt. #8].

    Having considered the entirety of the records and file herein, the Court rules as follows:

    This matter has been referred to the Magistrate Judge under 28 U.S.C. § 636. Under Fed. R. Civ. P. 72(a), the non-dispositive order of a magistrate judge to whom a matter has been referred for pretrial matters may be reviewed by the district court upon the objection of a party. The court construes Mr. Brown's "appeal" in this instance to be such an objection.

    The Magistrate Judge's Order to Amend the Complaint [Dkt. #5] directed the plaintiff to correct the deficiencies in his Civil Rights Complaint. The Magistrate Judge found the Complaint to be deficient because it failed to allege the violation of a constitutional right. Plaintiff's objection to the Order is nonsensical: he objects because "We did not have to put in addresses." There is no directive to the plaintiff to "put in addresses." It is therefore

**ORDERED** that Plaintiff's "Appeal" is **DENIED**. This matter is re-referred to Magistrate Judge Karen L. Strombom for further proceedings.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 25th day of May, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE